## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 25-81173-CV-MIDDLEBROOKS

PEACHES MORGAN,

      Plaintiff,

v.

UNITED STATES OF AMERICA
and ELIZABETH A. HALLS,

      Defendants.

_____/

## <u>ORDER DISCHARGING THE COURT'S ORDER TO SHOW CAUSE</u>

THIS CAUSE is before the Court upon Plaintiff's Response to the Court's Order to Show Cause (DE 8). For the following reasons, the Order to Show Cause is discharged.

On September 23, 2025, Plaintiff filed her Complaint. (DE 1). Defendant Elizabeth Halls filed a Motion to Dismiss on October 27, 2025. (DE 5). Plaintiff did not respond to the motion to dismiss. Thereafter, on November 13, 2025, I issued an Order to Show Cause to Plaintiff to show cause by November 18, 20225, as to why the motion to dismiss should not be granted and why Plaintiff failed to respond to the motion to dismiss. (DE 6). Once again, Plaintiff did not respond.

I then reluctantly denied Defendant Halls' motion to dismiss, notwithstanding Plaintiff's lack of response. As part of that Order, I issued another Order to Show Cause as to why the case should not be dismissed as a sanction for failing to abide by the deadline to file a response to the motion to dismiss and for failing to comply with the November 13, 2025 Order to Show Cause. (DE 7).

Plaintiff has now responded to the most recent Order to Show Cause. (DE 8). Plaintiff's counsel states that he neglected to timely file a response to the motion to dismiss and the Court's Order to Show Cause based on several factors, including that his law firm dissolved, his new firm moved offices, his legal assistant resigned, and his one-month vacation provided him with no internet access.

I advise counsel that compliance with Court deadlines in federal court is mandatory. Counsel has a duty to review all dockets for which he has entered a notice of appearance, supervise his calendar, and timely file responses to motions. However, I accept the good-faith representation of counsel and decline to sanction Plaintiff or his counsel in this case on this occasion.

The Order to Show Cause (DE 7) is therefore **DISCHARGED**. Nonetheless, I caution counsel that any future failure to timely respond to motions, Court orders, or Court deadlines may have serious consequences. I expect that counsel has taken, and will continue to take, appropriate steps to avoid these issues from recurring.

**SIGNED** in Chambers at West Palm Beach, Florida, this 22nd day of December, 2025

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record